AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EDWARD R. WITTINGTON,
a.k.a. ELISHA BEN YEHUDAH BEN ISRAEL,

                Plaintiff,

                   v.

MARK MURPHY, MAGGIE MILLER-STOUT, ASSOCIATE COOK SIMS, CINDY FLOM and MARC MILLER,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-419-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

October 3, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia